## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-CIV-80668-RAR

**ROBERTO PREVILON**, *and all others similarly situated pursuant to 29 U.S.C. § 216(b)*,

      Plaintiff,

v.

**BUSINESS FUNDING NEW YORK, INC.**, *a New York corporation,*

      Defendant.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On July 21, 2020, the Court entered an order requiring Plaintiff to file proof of service as to Defendant Business Funding New York, Inc. by no later than July 28, 2020. *See* Order Granting in Part Plaintiff's Motion for Extension of Time to Perfect Service [ECF No. 8]. The Court noted that failure to file proof of service would result in a dismissal without prejudice, without further notice. Plaintiff has failed to comply with the Order, has not sought an extension of time within which to do so, and has not advised that a dismissal as to this case will result in a statute of limitations bar to re-filing. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice**. The Clerk is instructed to mark this case **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 11th day of August, 2020.

_____

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**